FILED
2009 Mar-13 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK, }<br>  }<br>  Plaintiff, }<br>  }<br>v.   }<br>  }<br>WILLIAM P. GLASS, JR., }<br>et al. }<br>  }<br>  Defendants. | CIVIL ACTION NO.<br>CV-09-AR-0095-S |

## ORDER

This case comes before the court on motion of defendants, William P. Glass, Jr., and Anne A. Glass ("defendants"), to dismiss the complaint under F.R.Civ.P. 12(b). For the reasons given in open court at today's motion docket, defendants' motion is **DENIED**. **Defendants shall answer the complaint within 21 days**.

In addition, as discussed at the court's motion docket, defendants court filing (Doc. 8) is not an acceptable filing with this court and is at least a violation of F.R.Civ.P. 10(a). Accordingly, it is **STRICKEN**.

DONE this 13th day of March, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE